UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21921-CIV-WILLIAMS/MCALILEY

ME4KIDZ, LLC,

    Plaintiff,

vs.

ZOHAR MEDICAL HOLDING LLC, *et al*.,

    Defendants.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Pending before the Court is the Unopposed Motion of Dennis S. Klein Esq. and Kelley Kronenberg to withdraw as counsel for Plaintiff. (ECF No. 36). Mr. Schofield has provided notice of his requested withdrawal to his client and opposing counsel, and neither opposes the relief sought. (*Id*. at ¶¶ 5-6). Having carefully reviewed the Motion, the pertinent portions of the record and the applicable law, the Court finds good cause to grant the relief requested.

Accordingly, the Court hereby **ORDERS** that the Motion to Withdraw (ECF No. 36), is **GRANTED**. Dennis S. Klein Esq. and Kelley Kronenberg are hereby relieved of all further responsibilities relating to Plaintiff in these proceedings. The Clerk of Court shall terminate Dennis S. Klein Esq. and Kelley Kronenberg as counsel of record in this matter. Kelley Kronenberg is directed to serve a copy of this Order on Plaintiff.

Plaintiff is not permitted to participate in this action without an attorney. "It is well-settled that a corporate entity must appear and litigate through counsel, and cannot proceed

*pro se.*" *Potter v. Altman*, 647 Fed. App'x 974, 976 (11th Cir. 2016) (citation omitted). Accordingly, the Court **FURTHER ORDERS** Plaintiff, **no later than January 9, 2023**, to retain new counsel and have that counsel file a notice of appearance with the Clerk of Court by that date. If Plaintiff fails to do so, the Court may, on its own or on motion of Defendants, dismiss this action for failure to prosecute. Until Plaintiff retains new counsel, Plaintiff may be served at the following address: ME4KIDZ, LLC., Attn: Pete Nassos, Vice President, 924 N. Country Club Drive, Building 3, Mesa, AZ 85201-4108.

Finally, Defendant filed a Motion to Dismiss on December 5, 2022, (ECF No. 33). Given the withdrawal of Plaintiff's counsel, it is necessary to extend the deadline for Plaintiff's response to the Motion. For the same reason, it is necessary to extend the deadline to effect service of process on Defendant Karen Zohar. Accordingly, the Court **FURTHER ORDERS** that Plaintiff must file its response to the Motion to Dismiss **no later than January 23, 2023** and must serve Defendant Karen Zohar and file proof of service **no later than January 30, 2023**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of December, 2022.

*[signature]*
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Kathleen M. Williams
    Counsel of Record
    Med4Kidz, LLC